IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:04-CV-293-C

ALGIA B. WHITE, )
)
    Plaintiff, )
)
v. )
)
MECKLENBURG COUNTY ALCOHOLIC )
BEVERAGE CONTROL BOARD, )
)
    Defendant. )
)

**ORDER**

THIS MATTER is before the Court on the Defendant's Motion for Appointment of Mediator, filed on March 3, 2006. It appearing to the Court that there is good cause for the Motion, and that both parties consent thereto, the Motion is hereby GRANTED.

It is hereby ORDERED that Ann Anderson, P.O. Box 93, Pilot Mountain, North Carolina 27401, telephone (336) 368-9621, is appointed by the Court to serve as the mediator in this case.

Signed: March 3, 2006

David C. Keesler
United States Magistrate Judge